PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff
ANDI MILLARD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD, | CASE NO. CIV-S03-1467 WBS/GGH |
| Plaintiff, | Civil Rights |
| v. | RELATED CASE NOS.<br>CIV-S03-1468 WBS/GGH<br>CIV-S03-1480 WBS/GGH<br>CIV-S03-1481 WBS/GGH<br>CIV-S03-1482 WBS/GGH |
| (1) LA BAER INN, et al.<br>(2) CARRIAGE HOUSE INN, et al.<br>(3) DRIFTWOOD LODGE, et al.<br>(4) THUNDERBIRD MOTEL, et al.<br>(5) TRAVEL INN, et al. | Hearing |
| Defendants.<br>_____/ | Date: February 7, 2005<br>Time: 1:30 pm<br>Hon. William B. Shubb |

DECLARATION OF ANDI MILLARD IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

DEC. OF ANDI MILLARD IN SUPPORT OF MOTION FOR
ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS
CASE NO. CIV-S03-1467 WBS/GGH                                    S:\SLR\LA BAER\ATTYFEESAMDEC.PL.wpd

1.     I, Andi Millard, am the plaintiff in the above cases. I am hemiplegic, can only use my right arm, and require the use of a motorized wheelchair for mobility. Despite my disability I drive a specially equipped, hand-controlled and disabled licensed and equipped van.

2.     On July 16, 2002 I traveled to South Lake Tahoe, California, and sought motel accommodations in the area of South Lake Tahoe closest to the Nevada state line. I have limited financial means and wanted to find a moderately priced motel rather than staying at one of the large casino hotels. I sought accommodations at the five motels involved in these related cases - La Baer Inn, Carriage House Inn, Thunderbird Motel, Driftwood Lodge, and Travel Inn - and several other motels in the area, but discovered that none of them had any accessible guest rooms. I finally found a motel with an accessible guest room, more than a mile away on Highway 50.

3.     Although I have filed previous accessibility lawsuits, I was unaware and continue to be unaware of any attorneys in Sacramento or otherwise located in the Eastern District who handle disability rights cases, and certainly am unaware of any that have anywhere near the experience in this area of law of Paul Rein and his partner, Patricia Barbosa,   For this reason, and because I had previously been represented by Paul Rein in other disability access cases filed some years ago, I contacted Mr. Rein and asked him to represent me, even though he is located in Oakland, California, which I am advised is in the Northern District of California rather than the Eastern District.

4.     Obtaining accessible public facilities was and is very important to me. For this reason, even though I had moved to Louisiana for personal and medical reasons, I drove by myself in my specially equipped van from Pineville, Louisiana, to Sacramento, California in order to attend the first settlement conference with Magistrate Judge Gregory Hollows, a distance of more than 2,000 miles each way. (For medical reasons I was unable to return for

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

DEC. OF ANDI MILLARD IN SUPPORT OF MOTION FOR
ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS
CASE NO. CIV-S03-1467 WBS/GGH            -1-            S:\SLR\LA BAER\ATTYFEESAMDEC.PL.wpd

1  the second settlement conference, at which the injunctive relief and damages
2  aspects of the case settled, but was allowed to participate by telephone.)
3              5.     If I had not been represented by Paul Rein and the attorneys in
4  his law office, I do not know if I would have been able to obtain any
5  representation at all.  Although I was an active member of the disability
6  community while I lived in California, I never learned of any experienced
7  disability rights attorneys who practiced in the Sacramento area.  I believed that it
8  was important to bring these lawsuits in order to obtain accessible facilities for
9  use by myself and by other physically disabled persons, and understand that as a
10 result of my five lawsuits, which were related together for settlement before
11 Magistrate Judge Hollows, all five South Lake Tahoe motels will now have
12 proper van-accessible parking, accessible paths of travel, at least one accessible
13 guest room, and access for disabled persons to the office facilities at each of the
14 five motels.

16         I declare the above statement to be true and correct to the best of my
17 knowledge and that this declaration is executed under penalty of perjury on
18 November __, 2004, in the City of Hernando, Florida.

                                         _____
                                         ANDI MILLARD

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

DEC. OF ANDI MILLARD IN SUPPORT OF MOTION FOR
ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS
CASE NO. CIV-S03-1467 WBS/GGH         -2-         S:\SLR\LA BAER\ATTYFEESAMDEC.PL.wpd

## PROOF OF SERVICE BY MAIL

I, the undersigned, hereby declare that I am a citizen of the United States, over the age of eighteen (18) years and not a party to the within action. My business address is Law Offices of Paul L. Rein, 200 Lakeside Dr., Suite A, Oakland, CA 94612.

On November __, 2004, I served the within:

DECLARATION OF ANDI MILLARD IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS

<u>Andi Millard v. La Baer Inn, et al.</u>
U.S. District Ct. Eastern District California
Case No. CIV-S03-1467 WBS/GGH

on the ATTORNEYS FOR DEFENDANTS in said cause, by placing a true copy of said document in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Oakland, California, addressed as follows:

Carol René Brophy, Esq.                                    Attorneys for all defendants
NOSSAMAN, GUTHNER, et al., LLP
50 California St., 34th Floor
San Francisco, CA 94111-4799

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November __, 2004, at Oakland, California.

SCOTT L. HOLMES

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

DEC. OF ANDI MILLARD IN SUPPORT OF MOTION FOR
ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS
CASE NO. CIV-S03-1467 WBS/GGH            -3-            S:\SLR\LA BAER\ATTYFEESAMDEC.PL.wpd