LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

1  PAUL L. REIN, Esq. (SBN 43053)
   PATRICIA BARBOSA, Esq. (SBN 125865)
2  JULIE A. MCLEAN, Esq. (SBN 215202)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Dr., Suite A
   Oakland, CA 94612
4  (510) 832-5001

5  Attorneys for Plaintiff:
   ANDI MILLARD

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA

ANDI MILLARD,                    CASE NO. CIV-S03-1468 WBS/GGH

      Plaintiff,                 RELATED CASE NOS.
                                 CIV-S03-1481 WBS/GGH
v.                               CIV-S03-1482 WBS/GGH
                                 CIV-S03-1480 WBS/GGH
LA BAER INN, et al               CIV-S03-1467 WBS/GGH
CARRIAGE HOUSE INN, et al
DRIFTWOOD LODGE, et al           Civil Rights
THUNDERBIRD MOTEL, et al
TRAVEL INN, et al                **DECLARATION OF JULIE MCLEAN IN
                                 SUPPORT OF PLAINTIFF'S MOTION FOR AN
                                 AWARD OF ATTORNEY FEES, LITIGATION
      Defendants.                EXPENSES, AND COSTS**

                                 Date: February 7, 2005
                                 Time: 1:30 p.m.
                                 Place: U.S. District Court
                                        501 "I" Street
                                        Sacramento, CA 95814
                                 Judge: Hon. William Shubb
_____/

        I, JULIE A. MCLEAN, declare as follows:

        1.  I am an attorney in good standing licensed to practice before all courts of the state of California, and in the Northern, Central, and Eastern Districts of California, and before the Ninth Circuit Court of Appeals.  I am an attorney with the Law Offices of Paul L. Rein, attorneys for plaintiff. I am familiar with the facts on file, and if called as a

**Declaration of Julie McLean: Case No. CIV-S03-1468 WBS/GGH**
                                                                    - 1 -

1 witness, I would and could testify as follows:

2     2. This declaration authenticates the attached time
3 sheets regarding my time expended on this case (**Exhibit 1**) as a
4 true and correct copy of the original documents.  I have
5 maintained track of my time contemporaneous with the work.

6     3. I am the associate attorney at the Law Offices of
7 Paul L. Rein, and I have worked there since August of 2003.  My
8 rate is based on my education, experience, knowledge and
9 qualifications, summarized as follows: I graduated from U.C.
10 Berkeley with Distinction in 1997.  I then attended Boalt Hall
11 School of Law, where I was president of the Boalt Hall Women's
12 Association, 1999-2000, and won a moot court award for best
13 brief.  I graduated from Boalt Hall in May of 2001 in the top
14 15% of my class and was admitted to the California bar in 2001.
15 Prior to joining the Law Offices of Paul L. Rein, I was the
16 staff attorney for the Deaf Women's Legal Project at the Law
17 Center for Families in Oakland, a nonprofit agency serving low-
18 income bay area residents.  In this position, I worked
19 exclusively with deaf clients and gained experience in civil
20 rights matters, and in advocating for victims of domestic
21 violence.

22     4. My work in this case consisted of the following:
23 discovery, legal research, drafting pleadings, and assistance
24 with settlement proceedings.

25     5. I had primary responsibility for discovery in
26 this case.  I drafted extensive discovery requests in each
27 case.  All of these requests were initially stonewalled by
28 defendants by the simple expedient of informing plaintiff that

**Declaration of Julie McLean: Case No. CIV-S03-1468 WBS/GGH**

- 2 -

S:\jm\Cases\T\Tahoe Motels\pleading\attorney fee motion\dec of j mclean on atty fee motion.doc

1  defendants did not intend to provide responsive answers until a
2  date convenient to defendants.  It was then necessary to
3  request a meet and confer in preparation for a motion to
4  compel.  After this, defendants refused to provide responsive
5  answers to the discovery requests until plaintiff had agreed to
6  a protective order.  This required further correspondence,
7  negotiation, and drafting of such an order.  Finally,
8  defendants produced partial responses, which still resulted in
9  a voluminous quantity of documents being produced.  I had
10 primary responsibility for examining these documents and
11 determining which of the requested documents had actually been
12 provided and which had not, what the significance of the
13 provided documents was, and what further discovery might be
14 necessary.  It was also necessary to make two separate public
15 records requests to the City of South Lake Tahoe to combat
16 defendants' misrepresentations regarding the status of the
17 proposed redevelopment project which defendants falsely claimed
18 would "imminently" result in the tear-down of their motels.  I
19 had primary responsibility for those public records requests
20 and for following up with the City of South Lake Tahoe
21 regarding the information provided.  I also drafted Notices of
22 Site Inspection for the five motels because defendants
23 initially refused to allow a timely inspection of their
24 properties.
25          6.  I conducted legal research on the following
26 topics, among others:  the legal effect of defendants' Rule 68
27 offers for attorney fees in conjunction with the fee-shifting
28 standards for civil rights attorney fees; legal issues

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Declaration of Julie McLean: Case No. CIV-S03-1468 WBS/GGH**

- 3 -

S:\jm\Cases\T\Tahoe Motels\pleading\attorney fee motion\dec of j mclean on atty fee motion.doc

1  regarding liability; the legal standards for relating cases in
2  the Eastern District; and attorney fee rates in the Eastern
3  District.
4       7.  I had primary responsibility for drafting the
5  following pleadings: the Joint Status Report, Plaintiff's
6  Initial Disclosures, and amended complaints in two of the cases
7  since defendants and our own research indicated that there were
8  additional "owners, operators, lessors, and lessees" which had
9  not been named.  (Because the cases settled shortly thereafter,
10  these amended complaints were not filed.)  I also had primary
11  responsibility for researching and drafting plaintiff's Motion
12  for Relief from Clerical Error, necessitated when the five
13  cases were erroneously and prematurely dismissed.  I also
14  assisted in the preparation of plaintiff's settlement
15  conference statements, the five Consent Decrees which required
16  major negotiation and re-drafting to gain all parties'
17  approval, and plaintiff's motion for attorney fees, litigation
18  costs, and expenses.
19      8.  I attended the settlement conference of March 26,
20  2004, and negotiated the injunctive relief on the five motels.
21  Although the settlement conference was lengthy, we were finally
22  able to negotiate a complete agreement on injunctive relief at
23  each of the five motels, as well as reach an agreement on
24  plaintiff's claims for damages, which agreements were then
25  reduced to writing through the aforementioned Consent Decrees.
26      9.  My rate was approved at $225/hr by the court in
27  <u>Richard Skaff v. City of Morro Bay</u>, Central District case no.
28  CV 03-0972, and at $200/hr by the court in <u>Carolyn Martin v.</u>

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Declaration of Julie McLean: Case No. CIV-S03-1468 WBS/GGH**

- 4 -

S:\jm\Cases\T\Tahoe Motels\pleading\attorney fee motion\dec of j mclean on atty fee motion.doc

1  Goodin Trust, Central District case no. CV 02-7305.  Both of
2  these fee awards were for work performed mostly during 2003.
3       10.  My 2004 associate rate is $225/hr.  My total
4  time on this case to date is 123.9 hours at $225/hr for a total
5  of $27,877.50.
6
7       I declare the above statements to be true and correct
8  to the best of my knowledge and so declare under penalty of
9  perjury on December 21, 2004, in the City of Oakland,
10 California.

```
                                    _____
                                    JULIE A. MCLEAN
                                    Attorney for Plaintiff
                                    ANDI MILLARD
```

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Declaration of Julie McLean: Case No. CIV-S03-1468 WBS/GGH**

- 5 -

S:\jm\Cases\T\Tahoe Motels\pleading\attorney fee motion\dec of j mclean on atty fee motion.doc

*Certificate or Proof of Service by Mail, Fax or Personal Delivery*

I, the undersigned, state: I am and was at all times herein mentioned, a citizen of the United States and a resident of the County of Alameda, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is Law Office of Paul L. Rein, 200 Lakeside Drive, Suite A (Corner of Jackson & 19th Streets), Oakland, California 94612-3503; that on the below date, following normal business practice, I caused to be served the foregoing document described as:

**DECLARATION OF JULIE MCLEAN IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS**

on the interested parties in this action, by taking a true copy thereof and conveying it as follows:

<u>As Indicated</u>:

```
CAROL BROPHY, Esq.
MICHELE BODDY, Esq.
NOSSAMAN, GUTHNER, KNOX & ELLIOTT
50 California Street, 34th Floor
San Francisco, CA 95202
```

- ❏ **See Attached Service List.**
- ❏ **Personal Delivery:** By personally delivering, or causing to be hand delivered through a fax-filing or messenger agency, true and exact copies of these documents to the above entitled place of business (or as indicated on the attached service list) with directions to deliver them immediately to _____ attorneys for the _____.
- ❏ **Facsimile:** By facsimile transmission, from our regular facsimile machine at (510) 832-4787, at approximately _____, or soon thereafter, addressed to the following facsimile machine (❏ **Without exhibits, which are to follow by mail;** ❏ **With exhibits;** ☒ **N/A):**
  - *Name of Person Served:*   See Above or Attached Service List
  - *Facsimile Telephone No:*   See Above or Attached Service List

  A facsimile machine report was printed immediately thereafter, which verified that the transmission was complete and without error.
- ☒ **U.S. Mail and/or Overnight:** By depositing true copies thereof, enclosed in a sealed envelope(s) with postage thereon fully prepaid, marked with the address above or in the attached service list, and placed in:
  - ☒ in First Class United States Mail
  - ❏ in ❏ priority, or ❏ standard, overnight mail via Federal Express,

  I am readily familiar with the practice of our office for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at Oakland, and designated overnight packages will be timely scheduled for pickup or placed in Federal Express drop boxes or left at drop centers.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury pursuant to the laws of the United States and the state of California. Executed this **December __, 2004**, at Oakland, California.

By:  _____
❏ Steve L. Rein ❏ Scott Holmes ❏ Patricia Barbosa
❏ Paul L. Rein ❏ Julie McLean
(Original signed)

**Declaration of Julie McLean: Case No. CIV-S03-1468 WBS/GGH**

– 6 –

S:\jm\Cases\T\Tahoe Motels\pleading\attorney fee motion\dec of j mclean on atty fee motion.doc