**CAROL RENÉ BROPHY (SBN 155767)**
**CIARÁN O'SULLIVAN (SBN 198970)**
**NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP**
50 CALIFORNIA STREET, 34TH FLOOR
SAN FRANCISCO, CALIFORNIA  94111-4799
Telephone:  415/ 398-3600
Facsimile:  415/ 398-2438
cbrophy@nossaman.com

Attorney for Defendants
LA BAER INN, EDWARDS 1991 REVOCABLE TRUST;

CARRIAGE HOUSE INN, EDWARD M. SILVERA dba
CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;

DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba
DRIFTWOOD LODGE, EDWARDS TRUST;

THUNDERBIRD MOTEL,
MICHAEL BLANK dba THUNDERBIRD MOTEL; and

TRAVEL INN, AMTHABHI PATEL and
SUMITRA PATEL dba TRAVEL INN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDI MILLARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LA BAER INN, EDWARDS 1991 REVOCABLE TRUST,<br><br>　　　　Defendants. | Case No. CIV-S03-1467 WBS/GGH<br><br>RELATED CASE NOS.<br>CIV-S03-1468 WBS/GGH<br>CIV-S03-1480 WBS/GGH<br>CIV-S03-1481 WBS/GGH<br>CIV-S03-1482 WBS/GGH |
| ANDI MILLARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARRIAGE HOUSE INN; EDWARD M. SILVERA dba CARRIAGE HOUSE INN, SILVERA 2001 TRUST,<br><br>　　　　Defendants. | **SUBSTITUTION OF ATTORNEYS** |

Tahoe ADA_ substitution of attorneys (2).DOC

**SUBSTITUTION OF ATTORNEYS**

ANDI MILLARD,                                )
                                             )
      Plaintiff,                     )
                                             )
  vs.                                       )
                                             )
DRIFTWOOD LODGE AND CAFE; CUCHK              )
EDWARDS dba DRIFTWOOD LODGE; and             )
DOES 1 through 35, inclusive,                )
                                             )
      Defendants.                    )

ANDI MILLARD,                                )
                                             )
      Plaintiff,                     )
                                             )
  vs.                                       )
                                             )
TRAVEL INN; AMTHABHI PATEL and               )
SUMITRA PATEL dba TRAVEL INN; and            )
DOES 1 through 35, inclusive,                )
                                             )
      Defendants.                    )

ANDI MILLARD,                                )
                                             )
      Plaintiff,                     )
                                             )
  vs.                                       )
                                             )
THUNDERBIRD MOTEL; MICHAEL BLANK             )
dba THUNDERBIRD MOTEL; and DOES 1            )
through 35, inclusive,                       )
                                             )
      Defendants.                    )

TO:   THE COURT AND ALL PARTIES:

Defendants LA BAER INN, EDWARDS 1991 REVOCABLE TRUST; CARRIAGE HOUSE INN, EDWARD M. SILVERA dba CARRIAGE HOUSE INN, and SILVERA 2001 TRUST; DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, EDWARDS TRUST; THUNDERBIRD MOTEL, MICHAEL BLANK dba THUNDERBIRD MOTEL; and TRAVEL INN, AMTHABHI PATEL and SUMITRA PATEL dba TRAVEL INN hereby consents to the following substitutes of counsel:  Richard S. Edwards, *pro se,* owner, jointly and collectively for LA BAER INN and DRIFTWOOD LODGE AND CAFÉ; Edward Michael Silvera, *pro se,* owner and Trustee of the Silvera 2001 Family Trust, jointly and collectively for CARRIAGE HOUSE INN; Michael Allen Blank, *pro se,* owner, jointly and collectively for THUNDERBIRD MOTEL; and Sushil A. Patel, *pro se,* owner, jointly and collectively for TRAVEL INN, in place and instead of Carol René Brophy, Esq., of the law firm of Nossaman, Guthner, Knox & Elliott, LLP.

We consent to this substitution.

Dated: August 2, 2005                LA BAER INN
                                     4115 Laurel Avenue
                                     South Lake Tahoe, CA  96150
                                     (530) 541-7400


                                     By: _____
                                            RICHARD S. EDWARDS, *pro se*

We consent to this substitution.

Dated: August 2, 2005                DRIFTWOOD LODGE AND CAFÉ
                                     4115 Laurel Avenue
                                     South Lake Tahoe, CA  96150
                                     (530) 541-7400


                                     By: _____
                                            RICHARD S. EDWARDS, *pro se*

Tahoe ADA_ substitution of attorneys (2).DOC        1
**SUBSTITUTION OF ATTORNEYS**

1  We consent to this substitution.

2  Dated: August 2, 2005					CARRIAGE HOUSE INN
							4135 Laurel Avenue
3							South Lake Tahoe, CA  96150
							(775) 782-3339
4

5							By: _____
							      EDWARD MICHAEL SILVERA, *pro se*

6  We consent to this substitution.

7  Dated: August 2, 2005					THUNDERBIRD MOTEL
							4123 Laurel Avenue
8							South Lake Tahoe, CA  96150
							(800) 350-5741
9

10							By: _____
							      MICHAEL ALLEN BLANK, *pro se*

11  We consent to this substitution.

12  Dated: August 2, 2005					TRAVEL INN
							964 Stateline Avenue
13							South Lake Tahoe, CA  96150
							(775) 588-1419
14

15							By: _____
							      SUSHIL A. PATEL, *pro se*

16  We consent to this substitution.

17  Dated:  August 2, 2005				NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
							50 California Street, 34th Floor
18							San Francisco, CA  94111
							(415) 398-3600
19

20

21

22							By:_____
							          Carol René Brophy

23

24

25

26

27

28

Tahoe ADA_ substitution of attorneys (2).DOC			2

**SUBSTITUTION OF ATTORNEYS**

ORDER DENYING SUBSTITUTION

The request to substitute Richard S. Edwards, Edward Michael Silvera, Michael Allen Blank, and Sushil A. Patel, "pro se," in place and instead of Carol Rene Brophy, Esq. of the law firm of Nossaman, Guthner, Knox & Elliott, LLP, as counsel for defendants in this action is DENIED. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 202 (1993) (holding that artificial entities may only be represented by licensed counsel).

Dated: August 5, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE