1  EMARD, DANOFF, PORT & TAMULSKI, LLP
   James J. Tamulski (State Bar #64880)
2  49 Stevenson Street, Suite 400
   San Francisco, CA  94105
3  Telephone:   (415) 227-9455
   Facsimile:    (415) 227-4255
4  E-Mail:        jtamulski@edptlaw.com

5  Attorneys for Defendants

6  CARRIAGE HOUSE INN, EDWARD M. SILVERA dba
   CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;
7  DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba
   DRIFTWOOD LODGE, EDWARDS TRUST;
8  THUNDERBIRD MOTEL, MICHAEL BLANK dba
   THUNDERBIRD MOTEL; and
9  TRAVEL INN, AMTHABHI PATEL and
   SUMITRA PATEL dba TRAVEL INN
10

11 LAW OFFICES OF PAUL L. REIN
   Paul L. Rein, Esq. (State Bar #43053)
12 200 Lakeside Drive, Suite A
   Oakland, CA  94612
13 Telephone:   (510) 832-5001
14 Facsimile:    (510) 832-4787

15 Attorneys for Plaintiff ANDI MILLARD,

16

17              UNITED STATES DISTRICT COURT

18              EASTERN DISTRICT OF CALIFORNIA

19                   SACRAMENTO DIVISION

20

| | |
|---|---|
| ANDI MILLARD,<br><br>            Plaintiff,<br><br>vs.<br><br>TRAVEL INN, AMTHABHI PATEL AND SUMITRA PATEL dba TRAVEL INN, and DOES 1 through 35, inclusive,<br><br>            Defendants. | No.:   CIV-S03-1482 WBS/GGH<br><br>RELATED CASE NOS.<br>CIV-S03-1467 WBS/GGH<br>CIV-S03-1468 WBS/GGH<br>CIV-S03-1480 WBS/GGH<br>CIV-S03-1481 WBS/GGH<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISSING ACTION WITH PREJUDICE**<br><br>**[Dismissal of Case No. CIV-S03-1482 WBS/GGH only]** |

- 1 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CIV-S03-1482 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Stip and Order to Dismiss (Travel Inn).doc

1  WHEREAS the Court has ordered that defendants TRAVEL INN, AMTHABHI PATEL
2  AND SUMITRA PATEL dba TRAVEL INN ("Defendants") pay an award of attorney fees,
3  litigation expenses and costs to plaintiff Andi Millard ("Plaintiff");

4  WHEREAS the parties have reached a settlement regarding the Defendants' payment of
5  that award of fees, litigation expenses and costs, and have executed an agreement memorializing
6  the terms of that settlement;

7  WHEREAS Defendants have disbursed the award to Plaintiff's attorneys in accordance
8  with the agreement between the parties;

9  THE PARTIES HEREBY STIPULATE that the action *Millard v. Travel Inn, et al.*, Case
10  No. CIV-S03-1482 WBS/GGH, be dismissed with prejudice in its entirety.

DATED: 9/29/05                    LAW OFFICES OF PAUL L. REIN

                                   By:____/s/ Paul L. Rein_____
                                        Paul L. Rein
                                        Attorneys for Plaintiff
                                        ANDI MILLARD

DATED: 10/6/05                    EMARD, DANOFF, PORT & TAMULSKI, LLP

                                   By:____/s/ Katharine Essick_____
                                        James J. Tamulski
                                        Katharine Essick
                                        Attorneys for Defendants
                                        LA BAER INN, EDWARDS 1991
                                        REVOCABLE TRUST; CARRIAGE
                                        HOUSE INN, EDWARD M. SILVERA dba
                                        CARRIAGE HOUSE INN, and SILVERA
                                        2001 TRUST; DRIFTWOOD LODGE AND
                                        CAFÉ, CHUCK EDWARDS dba
                                        DRIFTWOOD LODGE, EDWARDS
                                        TRUST; THUNDERBIRD MOTEL,
                                        MICHAEL BLANK dba THUNDERBIRD
                                        MOTEL; and TRAVEL INN, AMTHABHI
                                        PATEL and SUMITRA PATEL dba
                                        TRAVEL INN

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CIV-S03-1482 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Stip and Order to Dismiss (Travel Inn).doc

**CERTIFICATION OF SIGNATURES**

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

                                        /s/ Katharine Essick
                                        Katharine Essick

## ORDER

The action *MILLARD v. TRAVEL INN et al.*, Case No. CIV-S03-1482 WBS/GGH, is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Date:  October 7, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 3 -

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CIV-S03-1482 WBS/GGH
G:\DOCS\SHU\DSHU2\inBOX\Signed\Stip and Order to Dismiss (Travel Inn).doc