```
 1  EMARD, DANOFF, PORT & TAMULSKI, LLP
    James J. Tamulski (State Bar #64880)
 2  49 Stevenson Street, Suite 400
    San Francisco, CA 94105
 3  Telephone:  (415) 227-9455
    Facsimile:  (415) 227-4255
 4  E-Mail:     jtamulski@edptlaw.com

 5  Attorneys for Defendants

 6  CARRIAGE HOUSE INN, EDWARD M. SILVERA dba
    CARRIAGE HOUSE INN, and SILVERA 2001 TRUST;
 7  DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba
    DRIFTWOOD LODGE, EDWARDS TRUST;
 8  THUNDERBIRD MOTEL, MICHAEL BLANK dba
    THUNDERBIRD MOTEL; and
 9  TRAVEL INN, AMTHABHI PATEL and
    SUMITRA PATEL dba TRAVEL INN
10

11  LAW OFFICES OF PAUL L. REIN
    Paul L. Rein, Esq. (State Bar #43053)
12  200 Lakeside Drive, Suite A
    Oakland, CA 94612
13  Telephone:  (510) 832-5001
    Facsimile:  (510) 832-4787
14
    Attorneys for Plaintiff ANDI MILLARD
15
```

**FILED**

NOV 14 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDI MILLARD,<br><br>  Plaintiff,<br><br>  vs.<br><br>DRIFTWOOD LODGE AND CAFÉ, CHUCK EDWARDS dba DRIFTWOOD LODGE, and DOES 1 through 35, inclusive,<br><br>  Defendants. | No.: CIV-S03-1480 WBS/GGH<br><br>RELATED CASE NOS.<br>CIV-S03-1467 WBS/GGH<br>CIV-S03-1468 WBS/GGH<br>CIV-S03-1481 WBS/GGH<br>CIV-S03-1482 WBS/GGH<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISSING ACTION WITH PREJUDICE**<br><br>[Dismissal of Case No. CIV-S03-1480 WBS/GGH only] |

- 1 -

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CIV-S03-1480 WBS/GGH
C:\Documents and Settings\SHoover\Local Settings\Temp\notes101AA1\Stip and Order to Dismiss (Driftwood Lodge).doc

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

1  WHEREAS the Court has ordered that defendants DRIFTWOOD LODGE AND CAFÉ,
2  and CHUCK EDWARDS dba DRIFTWOOD LODGE ("Defendants") pay an award of attorney
3  fees, litigation expenses and costs to plaintiff Andi Millard ("Plaintiff");

4  WHEREAS the parties have reached a settlement regarding the Defendants' payment of
5  that award of fees, litigation expenses and costs, and have executed an agreement memorializing
6  the terms of that settlement;

7  WHEREAS Defendants have disbursed the award to Plaintiff's attorneys in accordance
8  with the agreement between the parties;

9  THE PARTIES HEREBY STIPULATE that the action MILLARD v. DRIFTWOOD
10 LODGE AND CAFÉ et al., Case No. CIV-S03-1480 WBS/GGH, be dismissed with prejudice in
11 its entirety.

DATED:  10/29/05          LAW OFFICES OF PAUL L. REIN

                          By:_____/s/_____
                             Paul L. Rein
                             Attorneys for Plaintiff
                             ANDI MILLARD

DATED:  10/28/05          EMARD, DANOFF, PORT & TAMULSKI, LLP

                          By:_____/s/__Katharine Essick_____
                             James J. Tamulski
                             Katharine Essick
                             Attorneys for Defendants
                             LA BAER INN, EDWARDS 1991
                             REVOCABLE TRUST; CARRIAGE
                             HOUSE INN, EDWARD M. SILVERA dba
                             CARRIAGE HOUSE INN, and SILVERA
                             2001 TRUST; DRIFTWOOD LODGE AND
                             CAFÉ, CHUCK EDWARDS dba
                             DRIFTWOOD LODGE, EDWARDS
                             TRUST; THUNDERBIRD MOTEL,
                             MICHAEL BLANK dba THUNDERBIRD
                             MOTEL; and TRAVEL INN, AMTHABHI
                             PATEL and SUMITRA PATEL dba
                             TRAVEL INN

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CIV-S03-1480 WBS/GGH
C:\Documents and Settings\SHoover\Local Settings\Temp\notes101AA1\Stip and Order to Dismiss (Driftwood Lodge).doc

## CERTIFICATION OF SIGNATURES

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

                                     /s/
                           Katharine Essick

## ORDER

The action MILLARD v. DRIFTWOOD LODGE AND CAFÉ et al., Case No. CIV-S03-1480 WBS/GGH, is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Date: 11/4/2005

The Hon. William B. Shubb
United States District Court Judge